MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0207-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| TOKY THY, aka Osaka Thy, | DATE: November 13, 2018 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 13, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until December 17, 2018, and to exclude time between November 13, 2018, and December 17, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 100 pages of documents and photographs as well as several audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1        b)       Further, the government has recently obtained body camera footage and

2 anticipates producing it within the next week.

3        c)       Counsel for defendant desires additional time to review the body camera footage

4 and other discovery, to consult with his client, to conduct investigation and research related to

5 the charges, and to otherwise prepare for trial.

6        d)       Counsel for defendant believes that failure to grant the above-requested

7 continuance would deny him the reasonable time necessary for effective preparation, taking into

8 account the exercise of due diligence.

9        e)       The government does not object to the continuance.

10        f)       Based on the above-stated findings, the ends of justice served by continuing the

11 case as requested outweigh the interest of the public and the defendant in a trial within the

12 original date prescribed by the Speedy Trial Act.

13        g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14 et seq., within which trial must commence, the time period of November 13, 2018 to December

15 17, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16 Code T4] because it results from a continuance granted by the Court at defendant's request on

17 the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18 best interest of the public and the defendant in a speedy trial.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 8, 2018                          McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ DAVID W. SPENCER
                                                 DAVID W. SPENCER
                                                 Assistant United States Attorney


Dated:  November 8, 2018

                                                 /s/ Matthew C. Bockmon
                                                 Matthew C. Bockmon
                                                 Counsel for Defendant
                                                 TOKY THY


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.


Dated:  November 9, 2018

                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE